UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

On Criminal No. 13-0232

UNITED STATES OF AMERICA v. NIGEL FARRELL, Defendant (SBI No. 000619504D)

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. NIGEL FARRELL (SBI No. 000619504D) is now confined at Mountainview Youth Correctional Facility, 31 Petticoat Lane, Annandale, New Jersey 08801.

2. Said individual will be required at U.S. District Court, Newark, New Jersey before the Honorable Katharine S. Hayden, on Monday, September 16, 2013 at 3:00 p.m. for a Plea Hearing in the above-captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: September 9, 2013

JONATHAN W. ROMANKOW
Assistant United States Attorney
Petitioner--(973) 645-2884

ORDER FOR WRIT: Let the Writ Issue.

DATED: 9/9/13

HONORABLE KATHARINE S. HAYDEN
United States District Judge

WRIT OF HABEAS CORPUS: The United States of America to
MOUNTAINVIEW YOUTH CORRECTIONAL FACILITY

WE COMMAND YOU that you have the body of NIGEL FARRELL (SBI No. 000619504D) (by whatever name called or charged) now confined in Mountainview Youth Correctional Facility, P31 Petticoat Lane, Annandale, New Jersey 08801 before the United States District Court before the Honorable Katharine S. Hayden, at the U.S. District Court, Newark, New Jersey on Monday, September 16, 2013 at 3:00 p.m. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States District Judge at Newark, New Jersey

DATED: 9/9/13

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk